IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Charlene Bowen Reuwer, | ) | |
| | ) | C.A. No. 9:09-2387-HMH-BM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| | ) | |
| Michael J. Astrue, Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's motion to dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. This case was remanded for further consideration on January 26, 2011. After remand, the Plaintiff indicated that she no longer wished to proceed in her action for disability benefits. "On March 18, 2011, Administrative Law Judge Gregory M. Wilson issued a decision in which he concluded that Plaintiff's withdrawal of her application rendered additional proceedings unnecessary and adopted the previous unfavorable decision." (Def. Mot. 2-3.) It appearing that the Plaintiff no longer wishes to prosecute her claim, the court dismisses this case without prejudice pursuant to Rule 41(b).

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

December 14, 2011
Greenville, South Carolina